**Samuel ORTIZ–DIAZ, Appellant**

v.

**UNITED STATES DEPARTMENT OF HOUSING & URBAN DEVELOPMENT, Office of Inspector General, Appellee**

**No. 15–5008**
**September Term, 2015**

United States Court of Appeals,
District of Columbia Circuit.

FILED ON: AUGUST 11, 2017

Eden Brown Gaines, Esquire, Brown Gaines, LLC, White Plains, MD, Scott Matthew Michelman, Arthur B. Spitzer, American Civil Liberties Union of the National Capital Area, Washington, DC, for Appellant.

R. Craig Lawrence, %09Alexander. Daniel Shoaibi, Esquire, U.S. Attorney's Office, (USA) Civil Division, Washington, DC, for Appellee.

Before: Henderson, Rogers and Kavanaugh, Circuit Judges

## JUDGMENT

Opinion for the Court by Circuit Judge Rogers.

This cause came to be heard on the record of the United States District Court for the District of Columbia and was argued by counsel. The matter was reconsidered, *sua sponte*, by the panel after the filing of a petition for rehearing en banc and the response. On consideration thereof, it is

**ORDERED** that the opinion and judgment issued August 2, 2016, be vacated. It is

**FURTHER ORDERED and AD-JUDGED** that the judgment of the District Court appealed from in this cause be reversed and the case be remanded for further proceedings, in accordance with the opinion issued herein this date.

Opinion concurring in the judgment by Circuit Judge Henderson.

Concurring Opinion by Circuit Judge Rogers.

Concurring Opinion by Circuit Judge Kavanaugh.